**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John W. Trueblood, ) | Case No. 21-22331 JAD |
| Debtor(s) ) | Chapter 13 |
| ) | |
| ) | |
| ) | |
| ) | |
| John W. Trueblood, ) | |
| Movant(s) ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| No Respondent(s) ) | |
| ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

ECMC/Louisiana Board Of Education
111 Washington Avenue South
Minneapolis, MN 55401

Mr. Cooper
Po Box 650783
Dallas, TX 75265-0783

Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Date: <u>November 24, 2021</u>　　　　　　　　　　　　/s/ Kenneth Steidl
　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2830 – Gulf Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. No.34965