IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-22331 JAD |
| | : |
| John W. Trueblood | : Chapter 13 |
| Debtor | : |
| | : Related to Docket No. 28 |
| | : |
| John W. Trueblood | : |
| Movant | : |
| v. | : |
| | : |
| Mr. Cooper | : |
| Respondent | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 11, 2022, a true and correct copy of the *Loss Mitigation Order dated January 4, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15219

John W. Trueblood
101 Alamae Lakes Road
Washington, PA 15301

Brian Nicholas
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mr. Cooper
PO Box 650783
Dallas TX 75265-0783

Date of Service: January 11, 2022

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No. 34965
ken.steidl@steidl-steinberg.com