**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-22331-JAD** |
| | **CHAPTER 13** |
| **John W. Trueblood,** | |
| Debtor.  / | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 2-1

**PLEASE TAKE NOTICE THAT**, on behalf of USAA Federal Savings Bank ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Proof of Claim, filed on November 5, 2021, as Claim 2-1.**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.
Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 12, 2022</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

John W. Trueblood
101 Alamae Lakes Road
Washington, PA 15301

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      130 Clinton Road #202
                                      Fairfield, NJ 07004
                                      Telephone: 470-321-7112

                                      By: <u>/s/ Charles G. Wohlrab</u>
                                      Charles G. Wohlrab, Esq.
                                      Email: cwohlrab@raslg.com