IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22331 JAD |
| | : | |
| John W. Trueblood | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 50 |
| | : | |
| John W. Trueblood | : | |
| Movant | : | |
| v. | : | |
| | : | |
| USAA Federal Savings Bank | : | |
| ℅ Nationstar Mortgage LLC | : | |
| Respondent | : | |
| | : | |

### CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 1, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

EXECUTED ON:


Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

By: /s/ Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 7 (07/13)**