IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-22331 JAD |
| John W. Trueblood<br>Debtor | : Chapter 13 |
| | : Related to Docket No. 28 and 56 |
| John W. Trueblood<br>Movant | : |
| v. | : |
| Mr.Cooper<br>Respondent | : |

## ORDER OF COURT

A *Loss Mitigation Order* dated January 4, 2022, was entered in the above matter at Document No. 28. On August 16, 2022, a *Second Motion to Extend the Loss Mitigation Period* was filed by the Debtor at Document No. 56.

*AND NOW*, this 26th day of August, 2022, it is hereby *ORDERED, ADJUDGED AND DECREED* that the loss mitigation period is *extended up to and including* September 26, 2022.

_____ sjk
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
8/26/22 7:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-22331-JAD
John W. Trueblood | Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

**Recip ID         Recipient Name and Address**
db           +   John W. Trueblood, 101 Alamae Lakes Road, Washington, PA 15301-9137

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

**Name              Email Address**

Brian Nicholas
                   on behalf of Creditor USAA FEDERAL SAVINGS BANK bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                   on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com

Joseph Jasper Swartz
                   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

Kenneth Steidl
                   on behalf of Debtor John W. Trueblood julie.steidl@steidl-steinberg.com
                   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor USAA FEDERAL SAVINGS BANK amps@manleydeas.com

TOTAL: 7