Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**John W. Trueblood**          :   Case No. 21−22331−JAD
*Debtor(s)*                    :   Chapter: 13
                               :
                               :
                               :
                               :   Related to Doc. #59
                               :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 12th of September, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22331-JAD |
| John W. Trueblood | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 12, 2022 | Form ID: 309 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John W. Trueblood, 101 Alamae Lakes Road, Washington, PA 15301-9137 |
| 15434227 | + | ECMC/Louisiana Board Of Education, 111 Washington Avenue South, Minneapolis, MN 55401-2108 |
| 15426776 | + | Louisianna Office of Student Financial, 602 North Fifth St., Baton Rouge, LA 70802-5312 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2022 23:42:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15426774 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 12 2022 23:42:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 15426775 | | EDI: IRS.COM | Sep 13 2022 03:38:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 15441445 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 12 2022 23:42:00 | Louisiana Office of Student Finan Assist c/o ECMC, PO Box 16358, St. Paul, MN 55116-0358 |
| 15426778 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2022 23:42:00 | Mr. Cooper, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 15426777 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2022 23:42:00 | Mr. Cooper, Po Box 650783, Dallas, TX 75265-0783 |
| 15434230 | + | EDI: PENNDEPTREV | Sep 13 2022 03:38:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15434230 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2022 23:42:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15437782 | | EDI: PENNDEPTREV | Sep 13 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15437782 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15500467 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2022 23:42:00 | Select Portfolio Servicing, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15442009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2022 23:42:00 | USAA FEDERAL SAVINGS BANK at. el, PO BOX 619096, Dallas, TX 75261-9096 |
| 15428941 | + | Email/Text: RASEBN@raslg.com | Sep 12 2022 23:42:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 13

Case 21-22331-JAD    Doc 63    Filed 09/14/22    Entered 09/15/22 00:26:16    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 309 | Total Noticed: 14 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PA Dept of Revenue |
| cr | | USAA FEDERAL SAVINGS BANK |
| 15434229 | *+ | Mr. Cooper, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 15434228 | * | Mr. Cooper, Po Box 650783, Dallas, TX 75265-0783 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor USAA FEDERAL SAVINGS BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Kenneth Steidl | on behalf of Debtor John W. Trueblood julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor USAA FEDERAL SAVINGS BANK amps@manleydeas.com |

TOTAL: 7