**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JOHN W. TRUEBLOOD | Case No.:21-22331 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/28/2021 and confirmed on 01/11/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,000.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 173.88 | |
|     Trustee Fee | 145.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 318.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2753 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 4,044.84 | 0.00 | 4,044.84 |
|     Acct: 2753 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 41,176.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 2753 | | | | |
|   PA DEPARTMENT OF REVENUE* | 961.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 0285 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 636.28 | 0.00 | 636.28 |
|     Acct: 8718 | | | | |
|   USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7199 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 385.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 8718 | | | | |
| | | | | 4,681.12 |
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-22331 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| JOHN W. TRUEBLOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 173.88 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0285 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,363.49 | 0.00 | 0.00 | 0.00 |
| Acct: 0285 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| LOUISIANA OFFICE OF STUDENT FINANC | 34,362.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| LOUISIANA OFFICE OF STUDENT FINANC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0010 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7675 | | | | |
| PA DEPARTMENT OF REVENUE* | 761.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0285 | | | | |
| INTERNAL REVENUE SERVICE* | 15,614.42 | 0.00 | 0.00 | 0.00 |
| Acct: 0285 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                           4,681.12

TOTAL CLAIMED
  PRIORITY            3,363.49
  SECURED            42,523.77
  UNSECURED          50.739.29

Date: 10/13/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com